[No. 22313-2-III. Division Three. March 29, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM P. HARSHBARGER, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 02-1-00033-9, Rebecca M. Baker, J., entered July 28, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Brown, J.

[No. 22497-0-III. Division Three. March 29, 2005.]

CHICAGO TITLE INSURANCE COMPANY, *Respondent*, v. LEANN MARIE PAULEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Grant County, No. 01-2-01328-5, Evan E. Sperline, J., entered September 25, 2003. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Kurtz, J.

[No. 22611-5-III. Division Three. March 29, 2005.]

ELLENSBURG MASONIC TEMPLE ASSOCIATION, *Respondent*, v. BOB KELLEY REALTY, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 01-2-00484-3, Michael E. Cooper, J., entered November 17, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 22765-1-III. Division Three. March 29, 2005.]

WESLEY C. FLOWER, *Appellant*, v. T.R.A. INDUSTRIES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-05541-3, Salvatore F. Cozza, J., entered January 27, 2004. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Sweeney, J. Now published at 127 Wn. App. 13.